1
2
3
4
5
6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE GUZMAN HERNANDEZ,<br>    Plaintiff,<br>vs.<br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br>    Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. CV 16-0188 SP<br><br>ORDER AWARDING EAJA FEES |

     The Court hereby awards EAJA fees in the amount of $5,000.00, under 28 U.S.C. §2414(d).

     After the Court awards EAJA fees, the government will consider the matter of assignment of EAJA fees to Plaintiff's attorney.  Pursuant to <u>Ratliffe v. Astrue</u>, 130 S.Ct. 2521 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset. Fees shall be made payable to Plaintiff, but if the Department of Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment fees, to be made directly to

1  LAW OFFICES OF LISA C. GILINGER, pursuant to the assignment executed by
2  Plaintiff. Any payments shall be delivered to Plaintiff's counsel.

3  DATE: November 7, 2016

4  _____
   HON. SHERI PYM
5  UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23